RECEIVED
NOV - 5 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JARVIS BROWN, Plaintiff | CIVIL DOCKET NO. 1:19-CV-600-P |
| VERSUS | JUDGE DRELL |
| JAMES LEBLANC, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 29), and after a de novo review of the record including the Objection filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the claims against Defendants James LeBlanc, Warden McCain, and Eddie Duplechain are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915 and 1915A. Service of process of the excessive force claims against Defendants Tyson Bonnette and William Easterling will be made pursuant to a separate Order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 5th day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE